

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00284-CV

**MICHELLE GARCIA,**

**Appellant**

 **v.**

**GERARDO JUAREZ,**

**Appellee**

From the 278th District Court
Walker County, Texas
Trial Court No. 25105

## MEMORANDUM OPINION

On July 27, 2012, Appellant Michelle Garcia filed in the trial court her notice of appeal, which states: "Under Rule 25.1 of the Texas Rules of Appellate Procedure, Michelle Garcia, the Defendant in the above action, file [sic] this notice of appeal to the 10th Court of Appeals for the State of Texas. Defendant desires to appeal from the final judgment rendered against Defendant by the 278h [sic] Judicial District Court of Walker County, Texas on June 29, 2012." Appellant subsequently filed a motion to abate, stating that Appellee's motion for summary judgment was granted on June 29, 2012 but

that Appellee's attorney had failed to submit an order to the trial court; therefore, this Court should abate the appeal until an order is signed by the trial court. But because the trial court has not signed an order granting Appellee's motion for summary judgment, the judgment is not final. We have no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 (West Supp. 2012). And none of the exceptions to the rule that only final judgments can be appealed apply in this case. *See id.* § 51.014 (West Supp. 2012) (listing interlocutory orders that may be appealed before final judgment is rendered in the case).

On September 26, 2012, Appellant's motion to abate was thus denied, and the Clerk of this Court notified Appellant that this appeal was subject to dismissal for want of jurisdiction unless, within twenty-one days from the date of the letter, a response was filed showing grounds for continuing the appeal. No response has been received from Appellant. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(a), (c).


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 1, 2012
[CV06]